United States District Court
Southern District of Texas
**ENTERED**
November 17, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BARNEY BEDWELL, § | |
| § | |
| Plaintiff. § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-04515 |
| § | |
| SCHLUMBERGER GROUP § | |
| WELFARE BENEFITS PLAN, *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On July 12, 2022, all pretrial matters were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). *See* Dkt. 21. Judge Edison filed a Memorandum and Recommendation on October 31, 2022, recommending that Plaintiff Barney Bedwell's Trial Brief in Support of Judgment on the Administrative Record (Dkt. 14), construed as a motion for summary judgment, be **DENIED** and Defendants Schlumberger Group Welfare Benefits Plan and the Administrative Committee of the Schlumberger Group Welfare Benefit Plan's Response (Dkt. 19), construed as a cross-motion for summary judgment, be **GRANTED**. *See* Dkt. 23.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 23) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff Barney Bedwell's Trial Brief in Support of Judgment on the Administrative Record (Dkt. 14), construed as a motion for summary judgment, is **DENIED**; and

(3) Defendants Schlumberger Group Welfare Benefits Plan and the Administrative Committee of the Schlumberger Group Welfare Benefits Plan's Response (Dkt. 19), construed as a cross-motion for summary judgment, is **GRANTED**.

It is so **ORDERED**.

SIGNED and ENTERED this 17th day of November 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE